UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 14-01336-JLS (AN)                                             Date:  April 30, 2015

Title: *Micro Imaging Technology, Inc. v. Michael W. Brennan et al.*

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |        N/A       |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                   Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE ("OSC") and VACATING SCHEDULING CONFERENCE**

　　　On February 23, 2015, the Court set a scheduling conference for May 1, 2015, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 19 ¶ 1.)  Parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form" along with their joint 26(f) Report.  (*Id.* ¶ 1(k).)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order.

　　　On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or find the parties in contempt for counsel's failure to submit a Joint Rule 26(f) Report and completed ADR-01 form.  **No later than** May 1, 2015, counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 form, and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

　　　The Court VACATES the May 1, 2015 Scheduling Conference.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  tg