UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 14-1336-JLS (ANx)                             Date:  March 31, 2016

Title:  Micro Imaging Tech., Inc. v. Michael W. Brennan et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                          N/A
     Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE:
CONTEMPT**

On March 3, 2016, this Court issued monetary sanctions against Plaintiff's Counsel in the amount of $1,000.  (Order, Doc. 34.)  Plaintiff's Counsel was ordered to pay these sanctions to the Clerk of Court no later than March 17, 2016.  (*Id*.)  To date, however, Plaintiff's Counsel has yet to make this ordered payment.

The Court therefore ORDERS Plaintiff's Counsel to show cause why he should not be held in contempt of court for failing to comply with an express court order.  Failure to provide an adequate response **by April 8, 2016** will result in further sanctions and a finding of contempt.  Paying the above monetary sanctions to the Clerk of Court and filing a proof of payment will be sufficient to discharge this order to show cause.

Initials of Preparer:  tg